# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 7/27/2016                                          Case Number 5:14-cv-25013
Case Style: Mandeville vs. Nathanson
Type of hearing Pretrial & Final Settlement Conference
Before the honorable: 2516-Berger
Court Reporter Teresa Ruffner                            Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government Scott Segal; Mark Staun


Attorney(s) for the Defendant(s) Tamela White; David Shuman; Karen McElhinny


Law Clerk Cynthia Wildfire                               Probation Officer

Trial Time


Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


Court Time

10:56 am   to 11:53 am
12:31 pm   to 1:35 pm
2:30 pm    to 2:55 pm
3:15 pm    to 3:18 pm
Total Court Time: 2 Hours 29 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

Scheduled Start 11:00 a.m.
Actual Start 10:56 a.m.

Parties present for combined Pretrial Conference / Final Settlement Conference.
Counsel note appearances on the record.
Court begins first with Pretrial Conference.
Parties anticipate 7 days for trial.
Discovery is complete.
Stipulations are addressed.
Parties anticipate calling approximately 20 witnesses at trial.
Parties have previously held mediation in the case.
Court addresses various pretrial motions including motions in limine.
Parties update Court regarding prior mediation efforts.
Court proceeds with the Final Settlement Conference.
Court recesses to allow parties to hold settlement discussions on their own.
Court recessed at 11:53 a.m.

Court resumed at 12:31 p.m.
Mr. Segal updates Court on parties' settlement efforts.
Court separates parties to have sealed settlement discussions with each side.
Court recessed at 1:35 p.m.

Court resumed at 2:30 p.m.
Sealed settlement discussions continue.
Court recessed at 2:55 p.m.

# District Judge Daybook Entry

Court resumed at 3:15 p.m.
Parties update Court on progress.
Court recessed at 3:18 p.m.