# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 10/20/2016                                         Case Number 5:14-cv-25013
Case Style: Mandeville vs. Nathanson
Type of hearing Summary Proceeding
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                 Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government see appearances below

Attorney(s) for the Defendant(s) see appearances below

Law Clerk Andrew Isabell                                 Probation Officer

## Trial Time

## Non-Trial Time

Other non-evidentiary hearing. Type: Summary Proceeding

## Court Time

10:02 am   to 10:55 am
Total Court Time: 0 Hours 53 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 10:02 a.m.

Counsel Appearances:
  Plaintiff:  Mark Staun
  Defendant:  Bernard Vallejos & David Shuman
  Guardian Ad Litem:  Thomas Rist & Michael Whitt

Counsel note appearances on the record.
Parties present for an summary proceeding.
Plaintiff calls MEREDITH MANDEVILLE; oath given.
Direct by Mr. Staun.
Cross by Mr. Vallejos.
Cross by Mr. Shuman.
Cross by Mr. Rist.
Recross by Mr. Vallejos.
Mr. Whitt, as guardian ad litem, summarizes his answer.
Mr. Rist, as guardian ad litem, summarizes his answer.
Parties discuss additional matters including the proposed settlement order.
Court finds proposed settlement to be fair and reasonable.
Court finds Mr. Staun's attorney fees to be reasonable.
Court finds proposed settlement to be in the best interest of the infant.
Court finds expenses to be reasonable, and approves same.
Court approves proposed settlement.
Court makes additional findings.
Parties to submit a final proposed settlement order to the Court w/in 10 days.
Guardian ad litem to submit their respective attorney fees.

# District Judge Daybook Entry

Additional fee/expenses ($1,950) to be split by the defendants.
Court recessed at 10:55 a.m.