IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

MEREDITH MANDEVILLE,
Executrix of the Estate of Joel Dew,

           Plaintiff,

v.                                     CIVIL ACTION NO.   5:14-cv-25013

STEVEN HARRY NATHANSON and
SOUTHEASTERN EMERGENCY
PHYSICIANS, LLC,

           Defendants.

**ORDER OF DISMISSAL**

Inasmuch as this civil action has been compromised and settled, the Court does hereby **ORDER** that the remaining requirements and deadlines contained in the scheduling order be suspended and that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court.

It is also **ORDERED** that any motions pending at the time of this dismissal are hereby **TERMINATED AS MOOT**.

Lastly, the Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

           ENTER:      December 8, 2016

           _____
           IRENE C. BERGER
           UNITED STATES DISTRICT JUDGE
           SOUTHERN DISTRICT OF WEST VIRGINIA